# EXHIBIT 1

# Deborah Roberts   *If they come*

Daniella Rose King

In November 1970, as Angela Davis was incarcerated while awaiting trial for politically motivated charges, James Baldwin published an open letter addressed to her. Its final sentence read: "For, if they take you in the morning, they will be coming for us that night."[1] This has been abbreviated by artist Deborah Roberts to *If they come* for the title of her exhibition at Stephen Friedman Gallery in London, which runs from 7 June until 20 July 2019. In Roberts's first solo presentation in Europe, she highlights affinities between herself and Baldwin, who penned the letter upon his own return from a European tour to the US, as well as socio-political parallels between 1970 and 2019. Baldwin's letter was written at a time of societal upheaval, on both sides of the Atlantic, as anti-war, feminist, black power and international Pan-African solidarity movements took the world stage, and nascent culture wars backlashed against the civil rights movements of the previous decades. Almost fifty years later, the world is again facing increased turbulence and uncertainty; it seems that our historical continuum has reached a peak where Baldwin's words and Davis's persecution are again all too prescient and pertinent.

Born in Austin, Texas, in 1962, where she is still based, Deborah Roberts works across media, primarily painting and collage, to deconstruct mainstream, insidious and tightly held images of beauty, black femininity and childhood. Creating her subjects as composites of found images, imagined patterns, constructed postures and poetic titles, Roberts portrays a direct refutation and complication of the depictions of black bodies that have been circulating within the media since the dawn of the photographic era. Her project is one that simultaneously highlights, disavows and recreates the hierarchies, standards and narratives created and disseminated by institutions that have served the interests and sustainment of white supremacy. Throughout the new works shown in *If they come*, Roberts constructs new archetypes – images of fictional black boys and girls of ages

1

9 to 12 – who take on poses of strength and power at the same time as showing vulnerability and ambiguity. Challenging the criminalisation of black children, particularly boys, that is rampant globally, but nowhere more so than in the US, Roberts has her subjects stare defiantly at the viewer, elevated on metaphorical pedestals, clad in the regalia of pop culture's superheroes. Her visual counterpoints seek to subvert and challenge our dominant visual cultures. Yet, her subjects inhabit multiplicity and hybridity as various other subjects constitute them – including the faces of adults, and of individuals from different ethnicities – to suggest the constant, unfixed process of subject formation, particularly at this pivotal time in a person's development from child to adult.

*If they come* explores Baldwin's message of solidarity and togetherness in the face of division, nationalism and tribalism. Itself riffing off Pastor Martin Niemöller's poem 'First they came...' it speaks to the contingency and inter-connectedness of persecution. What does the representation of childhood throughout popular culture, advertising, world events and the media have to do with the re-emergent nationalism, tribalism and white supremacy that is fuelling the breakdown of society and rise of xenophobia, racism, and structural inequality in not only the United States and United Kingdom, but globally? Elsewhere in his letter Baldwin writes, "When I was little I despised myself, I did not know any better."[2] This heartbreaking sentiment gets at the core of Roberts's project, and what is really at stake in terms of representation, the public imagination and the aesthetics of speculative worldbuilding.

This exhibition consists of a number of works in which the artist creates an incredibly flat surface and plane, of paint and collage in equal measure, that serves to propel the image into space. In *Red, White and Blue* (2018), colours shared by the flags of both the US and UK, two black girls stand back to back, sharing a pair of boxing gloves, with fists raised in a defensive, yet playful stance. One is wearing a hijab and looks out of the frame, the other stares out directly, engaging the viewer and pulling them into the work, or perhaps making them feel like a voyeur caught peering at and complicit in the scene. This image alone provides an almost mundane vision of blackness; that is, of black Muslim subjectivity, a representation that is rarely offered in mainstream media without the attachment of Islamophobic tropes.

*Either by the hawk or by the dove* (2018) shows a tiny girl midstride with one fist casually raised, a universal symbol of solidarity and resistance, and with strong allusions to the black power movement. In *Man[ly]* (2019) a young boy stands facing the viewer with his fists clenched and raised up to his ears. Appearing to mimic a 'manly' gesture, his small size, questioning stare and closed legs belie his intentions. It is a poignant and sweet image that may be indicative of innocent play and role play, or a more nefarious portal into the toxic masculinity that society continues to uphold and reward. Roberts displays her subjects in a variety of poses that occupy the spectrum of power and vulnerability, reminding us of the potentiality of childhood, and arguing for the suspension of judgement of her fictional black subjects. She recasts little girls as powerful figures, who hold onto each other to save themselves from caving under the weight of standards of white beauty and femininity. These children do not exist outside the mainstream, but find ways to inhabit, occupy and see themselves in the icons our popular culture creates, including super heroes and Disney princesses.

A bow-legged girl stands facing the viewer in *I am the seed and the bloom* (2018), her two white, adult-sized hands clutching clumsily and carelessly at a number of sunflowers. Her stare is solemn and resolute, hand to head,

with her posture and stance speaking to the possibility of the title. *Sewed together* (2018) shows a very young girl standing sideways, with arms constricted by her shirt. Have her arms been tied down as a childhood prank, or a more sinister punishment? Or maybe she is playfully hiding them? Like in many works in the series, this figure depicts a sense of corporeal and psychological alienation – capturing the rapid changes and resulting detachment caused by the onset of puberty, and the criminalisation, pathologisation and policing of blackness that begins in childhood and progresses with age – visually exacerbated by the fragmenting, cut-and-paste process of the collage's construction.

Working with found materials – whether images of faces she culls from online searches or the names of black girls sourced from her friends and family – and with a foundation in painting, Roberts explores the slippages between text and image, as well as topics of family, beauty and global understandings of blackness and belonging. As such, her work is in dialogue with a range of divergent artists, including Kurt Schwitters, Kerry James Marshall, Hannah Höch, Yinka Shonibare CBE, Carrie Mae Weems, Romare Bearden and Glenn Ligon, to name just a few constellations. The political potential of collage is utilised in the manner of Höch, Schwitters and Bearden, who each deployed it to address notions of cultural identity, propaganda, politics, exile and difference. Collage was not only accessible as a medium, but it also made use of culturally loaded source material that already carried meaning and transmitted information, and therefore offered a way to subvert many of the socio-political and aesthetic rigours and rules of the contemporary moment. Much like the upheaval that spurred collage as an artistic movement at the end of World War I, today we see a renewed necessity for a visual language to describe and deconstruct the inequities and violence of our era.

In 1994 the Jamaican-British cultural theorist Stuart Hall wrote about cultural identity as "constituted, not outside but within representation"[3] under "constant transformation"[4] through external forces of history, power and culture. Identity was not a fixed position, but a multiplicity of differences. Through her collages that deconstruct, fracture and assemble, Roberts suggests a visual paradigm to Hall's theory. Her subjects are constituted within the systems of representation, but remain engaged in a process of endless transformation. Similarly, they are specific as well as universal, as Roberts herself remarks, "one of the gifts of the work – to see people differently, and not just as one being. Blackness is global."

1  James Baldwin, 'An Open Letter to My Sister, Miss Angela Davis' in *The New York Review of Books*, 7 January 1971.
2  Ibid.
3  Stuart Hall, 'Cultural Identity and Diaspora' in *Colonial discourse and post-colonial theory: a reader*, edited by Patrick Williams and Laura Chrisman (London: Harvester Wheatsheaf, 1994), p. 236.
3  Ibid., p. 225.

Daniella Rose King is a curator and writer based in Philadelphia.
She is the Whitney-Lauder Curatorial Fellow at the Institute of Contemporary Art, University of Pennsylvania.



6    *When you see me*, 2019, mixed media and collage on canvas, 165 × 304.8 cm (65 × 120 in)



10    *Armor*, 2018, mixed media and collage on canvas, 183 × 152.4 cm (72 × 60 in)



12      *Red, White and Blue*, 2018, mixed media and collage on canvas, 183 × 152.4 cm (72 × 60 in)

13

Case 1:22-cv-04516-LDH-TAM   Document 1-5   Filed 08/01/22   Page 8 of 28 PageID #: 36



14    *Hip bone*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)



16    *Mixed hues*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)

17



*Man[ly]*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)



20    *The burden*, 2019, mixed media and collage on linen, 165 × 114.3 cm (65 × 45 in)



22    *I am not a man, I'm dynamite*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)

23



24      *King me*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)

25



26    *The soil*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)



28      *Ulysses*, 2019, mixed media and collage on linen, 165 × 114.3 cm (65 × 45 in)

29



*Rebels*, 2019, mixed media and collage on canvas, 165 × 114.3 cm (65 × 45 in)





32   *Don't let go (RR)*, 2019, mixed media and collage on panel, 114.3 × 89 cm (45 × 35 in)

*The hands of time (RR)*, 2019, mixed media and collage on panel, 114.3 × 89 cm (45 × 35 in)   33





34    *The inbetween*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)

*At any cost*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)    35





36    *Give it a try (RR)*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)

*After Stephen*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)    37



*After the thunder (RR)*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)





40      *From the beginning*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)

*We wear the masks*, 2019, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)      41





*You can't pimp a butterfly*, 2018, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)

*Not the face*, 2018, mixed media and collage on paper, 111.8 × 81.3 cm (44 × 32 in)





*Either by the hawk or by the dove; I am the seed and the bloom; Sewed together*, 2018,
mixed media and collage on paper, triptych, each 111.8 × 81.3 cm (44 × 32 in)

44

45



46   *Future Tense*, 2018, mixed media and collage on paper, 60 parts, each 19.7 × 14 cm (7¾ × 5½ in)

47

# Catalogue list







*When you see me*, 2019
Mixed media and collage on canvas
165 × 304.8 cm (65 × 120 in)

*Armor*, 2018
Mixed media and collage on canvas
183 × 152.4 cm (72 × 60 in)

*Red, White and Blue*, 2018
Mixed media and collage on canvas
183 × 152.4 cm (72 × 60 in)

*Hip bone*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (64 × 45 in)






*The inbetween*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*At any cost*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*Give it a try (RR)*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*After Stephen*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*After the thunder (RR)*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)







*Mixed hues*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)

*Man[ly]*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)

*The burden*, 2019
Mixed media and collage on linen
165 × 114.3 cm (65 × 45 in)

*I am not a man, I'm dynamite*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)

*King me*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)






*From the beginning*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*We wear the masks*, 2019
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*You can't pimp a butterfly*, 2018
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)

*Not the face*, 2018
Mixed media and collage on paper
111.8 × 81.3 cm (44 × 32 in)







*The soil*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)

*Ulysses*, 2019
Mixed media and collage on linen
165 × 114.3 cm (65 × 45 in)

*Rebels*, 2019
Mixed media and collage on canvas
165 × 114.3 cm (65 × 45 in)

*Don't let go (RR)*, 2019
Mixed media and collage on panel
114.3 × 89 cm (45 × 35 in)

*The hands of time (RR)*, 2019
Mixed media and collage on panel
114.3 × 89 cm (45 × 35 in)



*Either by the hawk or by the dove;
I am the seed and the bloom; Sewed together*, 2018
Mixed media and collage on paper
Triptych, each 111.8 × 81.3 cm (44 × 32 in)



*Future Tense*, 2018
Mixed media and collage on paper
60 parts, each 19.7 × 14 cm (7¾ × 5½ in)

# Deborah Roberts

Born in Austin, Texas, 1962
Lives and works in Austin, Texas

**Education**

MFA, Syracuse University Research Fellow, Syracuse, New York, USA

San Francisco Art Institute, San Francisco, California, USA

Pont Aven School of Contemporary Art, (Summer Session) Pont Aven, France

University of North Texas, Denton, Texas, USA

**Awards and Prizes**

**2018**
Anonymous Was a Woman, New York, USA

**2017**
Artist of the Year, Austin, Texas, USA

**2016**
Grantee, Pollock Krasner Foundation

**2014**
'Best in Show', SU MFA Exhibition

**2011–2014**
Creative Opportunity Grant, Syracuse University, New York, USA

**2010**
San Francisco African American Legacy Scholarship

**2008**
Artist of the Year, Austin, Texas, USA

**1991**
President Point of Light Recipient, President George H. Bush

**Solo Exhibitions**

**2019**
*If they come*, Stephen Friedman Gallery, London, UK
*Native Sons: Many Thousands Gone*, Susanne Vielmetter Los Angeles Projects, Los Angeles, USA

**2018**
*Fragile but Fixable*, Luis De Jesus Los Angeles, Los Angeles, California, USA
*Uninterrupted*, Jenkins Johnson Gallery, San Francisco, California, USA
*Deborah Roberts: The Evolution of Mimi*, Spelman College Museum of Fine Art, Atlanta, Georgia, USA

**2017**
*Ingenue*, Fort Gansevoort, New York, New York, USA
*Nobody's Darling: New Works by Deborah Roberts*, Christian-Green Gallery, Austin, Texas, USA

**2016**
*Coil, Coarse, Twist, Re-twist*, Art Palace, Houston, Texas, USA

51

**2014**
*One and Many*, Art Palace, Houston, Texas, USA
*Domestic Disturbance*, Diverse Art Gallery, Austin, Texas, USA
*Consensual Marks*, SDCC, Dallas, Texas, USA

**2013**
*When We Just Existed*, Community Folk Art Center, Syracuse, New York, USA

**2011**
*Resistance Begins at Home: Rethinking Otherness*, Dallas, Texas, USA

**2008**
*Forks and Spoons*, South Dallas Culture Center, Dallas, Texas, USA

**2006**
*Bearing Witness*, Stone Metal Press, San Antonio, Texas, USA
*Reconstructing, Rethinking, Reacting*, O'Kane Gallery, Houston, Texas, USA

**2004**
Chicago Culture Center (South Shore), Chicago, Illinois, USA
Center for African & African American Studies, Austin, Texas, USA

**Group Exhibitions**

**2019**
*Cut and Paste: 400 Years of Collage*, Scottish National Gallery of Modern Art, Edinburgh, Scotland, UK
*Get Up, Stand Up Now – Generations of Black Creative Pioneers*, Somerset House, London, UK
*Plumb Line: Charles White and the Contemporary*, Californian African American Museum (CAAM), Los Angeles, USA
*Still I Rise*, MASS MoCA, North Adams, Massachusetts, USA

**2018**
*Talisman In The Age Of Difference*, Stephen Friedman Gallery, London, UK
*In the Eye of the Beholder*, Tarble Arts Center, Eastern Illinois University, Charleston, South Carolina, USA
*Go Figure*, Pizzuti Collection, Columbus, Ohio, USA
*Soul Recordings*, Luis De Jesus Los Angeles, Los Angeles, California, USA
*Legacy of the Cool: A Tribute to Barkley L. Hendricks*, Mass Art, Boston, Massachusetts, USA
*Constructing Identity in America (1766–2017)*, Montclair Art Museum, New Jersey, USA

**2017**
*Fictions*, The Studio Museum of Harlem, New York, New York, USA
*Your Body is Your Battleground*, Volta Art Fair, New York, New York, USA
*March Madness*, Fort Gansevoort, New York, New York, USA

**2016**
*I know why the caged bird sings*, Carver Museum, Austin, Texas, USA

**2015**
*Gently Fried*, MACC, Austin, Texas, USA
*The House on Mango Street*, National Mexican American Museum, Chicago, Illinois, USA

**2014**
*The Way Out – MFA*, Rogue Space, New York, New York, USA

**2013**
*Gender Is A Kind of Doing*, MCCLA Gallery, San Francisco, California, USA

**2011**
The Drawing Center, Viewing Program, New York, USA
*Miráme: 21st century portraits for Latino/a America,* La Raza Galería Posada, Sacramento, California, USA

**2009**
*Women of Color*, Joyce Gordon Gallery, Oakland, California, USA
*Her Stories*, Park School, Baltimore, Maryland, USA

**2007**
*Taking Possession*, University of Arkansas at Little Rock, Arkansas, USA
*Counter Intuitive*, Chicago State University, Chicago, Illinois, USA

**2006**
*Uncle Tom to Peeping Tom*, University of Milwaukee UGA, Milwaukee, Wisconsin, USA
*Boundless, Perceptions from Within*, DAC, Austin, Texas, USA

**2005**
Juried Exhibition, Museum of Science and Industry, Chicago, Illinois, USA
Juried Exhibition, Woman Made Gallery, Chicago, Illinois, USA
*Subjective Visions*, UTSA, San Antonio, Texas, USA
*Figure It Out*, Art Palace, Austin, Texas, USA

**2004**
Susan Woodson Gallery, Chicago, Illinois, USA
*Unmasked: A Collective Statement on Beauty*, Butridge Gallery, Austin, Texas, USA

**2003**
*Bird*, Juried Exhibition, Concordia University, Austin, Texas, USA
*Our Heritage–Creating New Legacies*, Juried Exhibition, Butridge Gallery, Austin, Texas, USA
Juried Exhibition, Austin-Bergstrom International Airport, Austin, Texas, USA

**2002**
*Center for African American Studies*, University of Texas, Austin, Texas, USA

**Publications**

*Deborah Roberts: The Evolution of Mimi*, edited by Andrea Barnwell Brownlee, PhD, Spelman College Museum of Fine Art, Atlanta, Georgia, USA
*If they come*, Stephen Friedman Gallery, London, UK

**Residencies**

**2019**
Robert Rauschenberg Foundation, Florida, USA

**2018**
The Fountainhead, Florida, USA

**Public Collections**

Block Museum of Art, Evanston, Illinois, USA
Blanton Museum of Art, Austin, Texas, USA
Brooklyn Museum, Brooklyn, New York, USA
LACMA, Los Angeles, California, USA
Montclair Art Museum, Montclair, New Jersey, USA
Pérez Art Museum Miami, Miami, Florida, USA
Pizzuti Collection, Columbus, Ohio, USA
The Studio Museum in Harlem, Harlem, New York, USA
The Frances Young Tang Teaching Museum and Art Gallery, Saratoga Springs, New York, USA
Virginia Museum of Fine Arts, Richmond, Virginia, USA
Whitney Museum of American Art, New York, New York, USA
21c Museum Hotels, Louisville, Kentucky, USA

Deborah Roberts would like to
thank her studio assistants,
everyone at Stephen Friedman Gallery,
and her friends and family.

Published on the occasion of
Deborah Roberts *If they come*
7 June – 20 July 2019
at Stephen Friedman Gallery

Stephen Friedman Gallery
25–28 Old Burlington Street
London W1S 3AN
www.stephenfriedman.com

Essay © the author, 2019
Photo and artwork © the artist
and Stephen Friedman Gallery, London

Edited by Gerrie van Noord
and Jonathan Horrocks

Design and production by
Peter B. Willberg

Printed by Printmanagement Plitt GmbH

Photography by Paul Bardagjy
and Matthew Crowin

ISBN 978-0-9928606-9-1

**Stephen Friedman Gallery**