# EXHIBIT 2



The Library of Congress will perform routine system maintenance on Saturday, August 6, 2022, from 8:00am until 4:30pm EDT. During that time, users may experience brief service interruptions while accessing the Library's catalogs. We apologize for any inconvenience to our users.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002308317
Search Results: Displaying 1 of 1 entries



***Deborah Roberts if they come.***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002308317 / 2022-05-03
**Application Title:** Deborah Roberts if they come.
**Title:** Deborah Roberts if they come.
**Description:** Electronic file (eService)
**Copyright Claimant:** Deborah Roberts, Transfer: By written agreement. Address: c/o Reitler Kailas & Rosenblatt LLP, 885 THIRD AVE., 20th Floor, New York, New York, 10022, United States.
**Date of Creation:** 2019
**Date of Publication:** 2019-06-07
**Nation of First Publication:** United Kingdom
**Authorship on Application:** Stephen Friedman Gallery, employer for hire; Domicile: United Kingdom. Authorship: Compilation of artwork.
Deborah Roberts; Citizenship: United States. Authorship: 2-D artwork.
**Pre-existing Material:** photograph, introductory essay.
**Basis of Claim:** Compilation of artwork, 2-D artwork.
**Rights and Permissions:** Robert W. Clarida, Robert Clarida, 885 Third Ave., 20th Floor, New York, NY, 10022, United States, (212) 209-3044, rclarida@reitlerlaw.com
**Copyright Note:** C.O. correspondence.
Regarding basis for registration: Collective Work.
**Contents:** When you see me.
Armor.
Red, White and Blue.
Hip bone.
Mixed hues.
Man[ly]

The burden.
I am not a man, I'm dynamite.
King me.
The soil.
Ulysses.
Rebels.
Don't let go (RR)
The hands of time (RR)
The inbetween.
At any cost.
Give it a try (RR)
After Stephen.
After the thunder (RR)
From the beginning.
We wear the masks.
You can't pimp a butterfly.
Not the face.
Either by the hawk or by the dove; I am the seed and the bloom; sewed together.
Future Tense.

**Names:** Roberts, Deborah
Stephen Friedman Gallery





Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



The Library of Congress will perform routine system maintenance on Saturday, August 6, 2022, from 8:00am until 4:30pm EDT. During that time, users may experience brief service interruptions while accessing the Library's catalogs. We apologize for any inconvenience to our users.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu001447951
Search Results: Displaying 1 of 1 entries



### Serenade and 5 Other Unpublished Works.

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001447951 / 2021-09-21
**Application Title:** Serenade and 5 Other Unpublished Works.
**Title:** Serenade and 5 Other Unpublished Works.
**Description:** Electronic file (eService)
**Copyright Claimant:** Deborah Roberts. Address: 6403 Hickman Ave., Austin, TX, 78723.
**Date of Creation:** 2018
**Authorship on Application:** Deborah Roberts; Citizenship: United States. Authorship: 2 Dimensional Artwork.
**Rights and Permissions:** Deborah Roberts, info@deborahrobertsart.com
**Copyright Note:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.
**Contents:** Serenade.
Liberty Stands with Them.
America's Unfinished.
Baby Girl.
Salty.
Future Tense #27.
**Names:** Roberts, Deborah



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  ▼  | Format for Print/Save |

Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page