# EXHIBIT 5



**t.moore212** No trip to Brooklyn is complete without a pick up/drop off with my guy Tony at @faithartgallerybrooklyn best art framer in the game. cc @rdeborah191

View all 3 comments

**rdeborah191** That's not my work! Please remove me from this post 😠

4 hours ago

