# EXHIBIT 6

Case 1:22-cv-04516-LDH-TAM   Document 1-10   Filed 08/01/22   Page 2 of 2 PageID #: 80



 **Gio Swaby**
gioswaby  

YESTERDAY 11:24 PM

 



Hi Deborah, I saw this work at Untitled and I just wanted to share it with you in case you didn't see it yet. I was confused for a hot minute.



4:44 AM

I know we are handling it.. she's definitely coping me in fact using the same images as me

 Message...