# EXHIBIT 7



**ArtWork Kirk**
kirkswork

View Profile

JUN 29, 4:59 PM

 Hey Ms Deborah, Somebody pinged me in this room... what happened with ur work

JUN 30, 7:45 AM

Richard Beavers Gallery is selling works by the woman's house is blatantly coping my work. It's horrible

 ❤️

JUN 30, 11:00 AM

 I keep seeing this other girl on IG with the sponsored adds and her work looks just like yours... I thought that's who it was let me check out these Beaver ppl

Message...