# EXHIBIT 9



Lynthia Edwards
*Calico II* (posted on Facebook by @dkGallery as 'new release', July 2020)
Collage on panel
43.2 x 28cm (17 x 11in)



Deborah Roberts
*Serenade*, 2017
Mixed media on paper
76.2 x 55.9cm (30 x 22in)



Lynthia Edwards
*Calico* (posted on Facebook by @dkGallery as "new release", July 2020)
Collage on panel
43.2 x 28cm (17 x 11in)



Deborah Roberts
*You can't pimp a butterfly*, 2018
Mixed media and collage on paper
111.8 x 81.3cm (44 x 32in)



Lynthia Edwards
*Jewel* (posted on Facebook by @dkGallery as 'new release', July 2020)
Collage on board
25.4 x 20.3cm (10 x 8in)



Deborah Roberts
*Mixed hues*, 2019
Mixed media and collage on canvas



Lynthia Edwards
*Back Up Plan*, 2021
Acrylic and collage on canvas
121.9 × 121.9cm (48 × 48in)



Deborah Roberts
*Face to face*, 2018
Mixed media collage on paper
113.3 × 76.6cm (44 × 32in)



Lynthia Edwards
@edwardslynthia
31 December 2021



Deborah Roberts



Lynthia Edwards
*Whew Child*, 2020
Mixed media collage on canvas
121.9 × 91.4 × 5.1cm (48 × 36 × 2in)
(Artsy)



*The inbetween*, 2019
Mixed media and collage on paper
111.8 × 81.3cm (44 × 32in)

Deborah Roberts



Lynthia Edwards
*Yell Ready*, 2021
Collage and acrylic on canvas
121.9 × 121.9 × 5.1cm (48 × 48 × 2in)

(Artsy)



Deborah Roberts
*The unseen*, 2020
Mixed media collage on canvas
165 × 114.3cm (65 × 45in)



Lynthia Edwards
@edwardslynthia
November 2020
(work in progress)
(Artsy)



Lynthia Edwards
*Pose for the Picture*, 2021
Acrylic and collage on canvas
121.9 × 121.9cm (48 × 48in)

(Artsy)



Lynthia Edwards
Look, 2020
Mixed media collage on canvas
121.9 × 91.4 × 5.1cm (48 × 36 × 2in)
(Artsy)