# EXHIBIT 4



 

Use of striped top and prominent, expressive hand. gestures.



Deborah Roberts
*Political Lamb #3,* 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Registration Number VA0002326950

Lynthia Edwards

@edwardslynthia
31 December 2021: https://www.instagram.com/p/CYJ1_YoLLqT/