# EXHIBIT 5



 

Use of striped jumper and oversized, expressive hands.

Colourless, featureless background.

 

Decorative, protruding rounds of cut-out hair



Lynthia Edwards

Posted by @edwardslynthia
31 December 2021: https://www.instagram.com/p/CYJ1_YoLLqT/



Deborah Roberts
*The righteous one,* c. 2017
Mixed media and collage on paper
111.8 x 81.3cm (44 x 32in)
Registration Number VA0002326947