# EXHIBIT 6



Deborah Roberts
*This ain't no fairytale,* 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Framed: 87 x 67cm (34 1/4 x 26 3/8in)
Registration Number VA0002326953




Same black and white photograph of young female face used (eye obscured in Roberts' image); bows on head / hair, added by both artists.




White shirt with ruffles used (sleeves and neck respectively).

Black and white photographs for skin tone components (head and arms) contrasts with brightly coloured patterns for clothing.

Prominent floral elements.






Lynthia Edwards