# EXHIBIT 7



Deborah Roberts
*This ain't no fairytale,* 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Framed: 87 x 67cm (34 1/4 x 26 3/8in)
Registration Number VA0002326953

 

Same black and white image of young female face used, with eye(s) obscured by additional photograph and bows on head / hair affixed by the artist.

 

White top above contrasting with bright patterned skirt below. Black and white photographs for skin tone components (heads and arms) contrasts with brightly coloured patterns for skirts.

  

Expressive hand gestures, with figures set against featureless background.

Use of black and white stripes for sleeves and / or as a graphic element.



Lynthia Edwards