# EXHIBIT 8





 

Same photograph of a girl's face used with additional image for eye(s); mask-like cut out used in Roberts' *Salty*, 2016 (right).

 

Featureless, colourless background featuring single figure, no legs visible.

Young Black female figure with traditional buttoned white shirt above; bright patterned floral skirt below.

Prominent, expressive hand gestures.



Deborah Roberts
*This ain't no fairytale,* 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Framed: 87 x 67cm (34 1/4 x 26 3/8in)
Registration Number VA0002326953

Lynthia Edwards
@edwardslynthia

Work in progress posted on feed, November 2020:
https://www.instagram.com/p/CHkpFpQhF_I/?hl=en