# EXHIBIT 9



 

Same image of a young girl's face used, with typically feminine embellishment on the head / hair in the form of bows / rollers.

 

Traditional buttoned white shirt combined with bright floral pattern.

Figure stands out on colourless, featureless background.



Lynthia Edwards
@edwardslynthia

Posted on feed, November 2020:
https://www.instagram.com/p/CHe6RylhiGx/?hl=en

Deborah Roberts
*This ain't no fairytale,* 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Framed: 87 x 67cm (34 1/4 x 26 3/8in)
Registration Number VA0002326953