# EXHIBIT 10



 

Photographic imagery used to form left-tilted head of Black girl, with direct gaze, and collaged embellishments.

 

 

T-shirt taken from Deborah Roberts' *Future Tense #27*, 2018

Clothing comprising t-shirt and colourful, floral patterned skirt. Prominent, separately cut out mustard shirt sleeve.

 

Awkward, three-quarter view posture against colourless, featureless background.

Prominent hand gestures, with coloured, painted nails added by the artist.



Deborah Roberts
*Black Eva*, 2017
Mixed media and collage on paper
76.2 x 55.9cm (30 x 22in)
Registration Number VA0002330970

Lynthia Edwards
*Calico*
Collage on panel
43.2 x 28cm (17 x 11in)
Posted on Facebook by @dkGallery as 'new release', July 2020:
https://www.facebook.com/photo/?fbid=10157094332270684&set=pcb.10157094334020684