# EXHIBIT 11



Deborah Roberts
Untitled, 2018
Mixed media and collage on paper
76.2 x 55.9cm (30 x 22in)
Registration Number VA0002331172

 

Single raised hand with palm out.

 

Multiple photographic elements layered to create the face of a young Black girl, with prominent coloured bows in hair / on head.





(Detail) Lynthia Edwards
*Friends,* 2021
Acrylic and mixed media collage on canvas
121.9 × 182.9 × 5.1 cm (48 × 72 × 2in)