# EXHIBIT 12



Deborah Roberts
*We love you*, 2018
Mixed media and collage on paper
76.2 x 56cm (30 x 22in)
Framed: 84.5 x 63.5 x 4.5cm (33 3/8 x 25in)
Registration Number VA0002330963

 

Same image of young female face used, obscured by Roberts on the right eye and mouth and by Edwards on both eyes.

 

Purple lipstick added to predominantly black and white photographic face.

 

Figure with expressive hand gestures and no legs visible, placed against colourless, featureless background.

Black and white photograph of traditional buttoned shirt, combined with floral pattern below.

 



Lynthia Edwards