# EXHIBIT 13







Coloured accessories added in young female figure's hair

Featureless background.





Use of stripes on clothing as a graphic component.

Clear formal similarities in terms of the figure's posture: Arms obstructing torso, expressive and disconnected from body. Prominent hands, with coloured, painted fingernails, added by the artist





Deborah Roberts
*Baby girl,* 2017
76.2 x 56cm (30 x 22in)
Registration Number VAu001447951

Lynthia Edwards
*Church Girls*
Acrylic and collage on canvas
48 x 48in

Posted on social media by @richardbeaversgallery, 15 September 2021:
https://www.instagram.com/p/CT1B5dAA0uY/?igshid=YmMyMTA2M2Y%3D&fbclid=IwAR2wHeF8rKjxconXtHZODckDC9wGOx8Mmgq3R01dQVFu1c-5nQo5S-fKrrE