# EXHIBIT 14



Deborah Roberts
*Future Tense #27,* 2018
Mixed media and collage on paper
Each 19.7 x 14cm (7 ¾ x 5 1/2in)
Registration Number VAu001447951



Same t-shirt used to clothe singular figure made from black and white photographs, placed on colourless, featureless background.

Clenched fist used frequently in Roberts' work, including *This ain't no fairytale,* 2018 (above, detail)



Lynthia Edwards
Work in progress, posted on Instagram via @edwardslynthia, 4 April 2021:
https://www.instagram.com/p/CNOnWxbLu24/