# EXHIBIT 15



 

Attention driven towards the face through colourful accessory, placed on tilted head.

 

Clear formal similarities, with tilted head, gazing at the viewer; elbows bent, bringing hands together at the centre of the body, which is visually divided in two with a white shirt and skirt.

Focus on torso; no visible legs.



Deborah Roberts
*Serenade,* 2017
Mixed media on paper
76.2 x 56cm (30 x 22in)
Registration Number VAu001447951

Lynthia Edwards
*Calico II*
Collage on panel
43.2 x 28cm (17 x 11in)
Posted on Facebook by @dkGallery as 'new release', July 2020:
https://www.facebook.com/photo/?fbid=10157094332270684&set=pcb.10157094334020684