# EXHIBIT 16



 

Collaged figure of young girl, stands out on featureless background.

Figure holds ice pops; with use of over- and under- sized hands.



Black and white stripes on clothing, used as central graphic element.



Deborah Roberts
*Liberty stands with them*, 2017
Mixed media on paper
Registration Number VAu001447951

Lynthia Edwards
*Lipstick and Ice Cream,* 2020