# EXHIBIT 17



Deborah Roberts
*Salty,* 2016
Collage and mixed media on paper
76.2 x 56cm (30 x 22in)
Registration Number VAu001447951

 

Use of mask-like cut out around the eyes following eyebrows.

 

Black and white, crumpled fabric on upper body.

 

Coloured skirt, black and white shirt above; Focus on torso, without visible legs.



Lynthia Edwards
Work in progress, posted on Instagram via @edwardslynthia,
14 November 2020: https://www.instagram.com/p/CHkpFpQhF_I/