# EXHIBIT 18





Face beneath cut out eyes is (flipped) from Roberts' *This ain't no fairytale,* 2018



Mismatched under- and over- sized hands.






Deborah Roberts
*Either by the hawk or by the dove,* 2018
Mixed media and collage on paper
111.8 x 81.3cm (44 x 32in)
Registration Number VA0002308317

Legs are mid-stride; figure wears long boots and short skirt, with primary colours.

Figure stands out on featureless background.

Lynthia Edwards
*Hey Y'all,* 2020
Mixed media collage on canvas
121.9 × 91.4 × 5.1cm (48 × 36 × 2in)

Viewable via Artsy: https://www.artsy.net/artwork/lynthia-edwards-hey-yall