UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH ROBERTS,<br><br>    PLAINTIFF,<br><br>V.<br><br>RICHARD BEAVERS GALLERY, RICHARD BEAVERS, AND LYNTHIA EDWARDS<br><br>    DEFENDANTS. | CASE NO. 1:22-cv-4516<br><br>**Defendants' Notice of Motion to Dismiss Plaintiff's Second Amended Complaint** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, and upon all prior proceedings herein, Defendants Richard Beavers Gallery, Richard Beavers, and Lynthia Edwards hereby move this Court, before the Honorable LaShann DeArcy Hall, at the Unites States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order (i) pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Second Amended Complaint of Plaintiff Deborah Roberts with prejudice; and (ii) such other and further relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with Local Civil Rule 6.1(b) of the Eastern District of New York, and the Order issued by this Court on January 19, 2023, opposition papers must be served no later than February 15, 2023.

Dated:  February 1, 2023

                                              Respectfully submitted,

                                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                              By: */s/ Maaren A. Shah*
                                                   Maaren A. Shah
                                                   Luke Nikas
                                                   51 Madison Avenue, 22nd Floor
                                                   New York, NY 10010

(212) 849-7000
maarenshah@quinnemanuel.com
lukenikas@quinnemanuel.com

*Attorneys for Defendants Richard Beavers Gallery, Richard Beavers, and Lynthia Edwards*