

Gregory A. Clarick

gclarick@cgr-law.com

Direct: 212.633.4313

**By ECF**  November 5, 2024

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, 4H North
Brooklyn, NY 11201

  Re: *Roberts v. Richard Beavers,* et al., No. 22-cv-4516-LDH-TAM (E.D.N.Y.)

Dear Judge DeArcy Hall:

  We represent Plaintiff Deborah Roberts and write jointly on behalf of Plaintiff and Defendants Richard Beavers, Richard Beavers Gallery, and Lynthia Edwards to request the Court's confirmation that the November 1, 2024 Memorandum and Order (Dkt. 66) supersedes the Court's September 29, 2023 Minute Order, concerning Defendants' motion to dismiss (Dkt. 21) the Second Amended Complaint (Dkt. 18, "SAC").

  The parties make this request to resolve an apparent conflict between the September 29 Minute Order and the November 1 Memorandum and Order.

  Specifically, the Court's earlier Order stated, in relevant part: "Plaintiff's copyright claim is dismissed to the extent it is premised [upon alleged] infringement of the works depicted in Exhibits 4, 8-9, 11, 13 and 15 of the second amended complaint."  However, the November 1 Memorandum and Order states, in relevant part: "Given the similarities in the 'total concept and feel' between the collages in Exhibits 4, 8-9, 11, 13 and 15, the Court concludes that the Plaintiff adequately alleges that the Gallery Collages are substantially similar to her own."  (Nov. 1 Order at 14; *see also id.* at 11 ("The Court agrees with Defendants as to the collages in Exhibits 5-7, 10, 12, 14 and 16-18.  The Court disagrees with Defendants, however, as to the other six of the collages in Exhibits 4, 8-9, 11, 13 and 15.").)

  Based upon the November 1 Memorandum and Order, the parties understand that the Court has (i) sustained Plaintiff's copyright claim to the extent premised on the works depicted in Exhibits 4, 8-9, 11, 13, and 15 of the SAC; and (ii) dismissed Plaintiff's copyright claim to the extent premised on the works depicted in Exhibits 5-7, 10, 12, 14, and 16-18 of the SAC.

  Accordingly, the parties respectfully seek the Court's confirmation that the November 1 Memorandum and Order supersedes the September 29 Minute Order.

Hon. LaShann DeArcy Hall
November 5, 2024
Page 2

    We thank the Court for its attention to this matter and are available at the Court's convenience.

                      Respectfully,

                      */s/ Gregory A. Clarick*

                      Gregory A. Clarick

cc:    All counsel of record (by ECF)